1  LAW OFFICE OF MIRANDA KANE
   MIRANDA KANE (State Bar No. 150630)
2  Post Office Box 170277
   San Francisco, CA   94117
3  (415) 515-1248
   (415) 553-8622 (Fax)
4  mkane@mirandakanelaw.com

5  Attorney for Defendant
   JOSE ANGEL TREJO VALDOVINOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.: CR-09-0781-SBA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| | ) | **HEARING TO NOVEMBER 17, 2010** |
| JOSE ANGEL TREJO VALDOVINOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 14, 2010 the parties in the above-captioned matter were notified that the sentencing hearing in the above captioned matter had been moved to November 1, 2010. Unfortunately, government counsel is unavailable that date because of a trial in another matter. Therefore, the parties jointly request that the Court vacate the November 1, 2010 sentencing hearing and set this matter for sentencing on November 17, 2010 at 10:00 a.m..  The parties have confirmed the Court's available with the Deputy Clerk and have notified the probation officer regarding the proposed date.  The parties further stipulate that there is good cause for the

STIP & [PROPOSED] ORDER
TO CONTINUE HEARING TO
NOVEMBER 17, 2010
[CR-09-0781-SBA]

requested continuance based on continuity of counsel.

Dated: September 15, 2010          Respectfully submitted,


                                   */s/ Miranda Kane*
                                   MIRANDA KANE
                                   Attorney for JOSE VALDOVINOS


                                   */s/ Deborah Douglas*
                                   DEBORAH DOUGLAS
                                   Assistant United States Attorney


<u>ORDER</u>

GOOD CAUSE BEING SHOWN Mr. Valdovinos' sentencing hearing in the above referenced matter currently set on November 1, 2010 at 10:00 am is vacated and continued until November 17, 2010 at 10:00 a.m.. IT IS SO ORDERED.

Dated: 9/17/10          _____/s/ Saundra B. Armstrong_____
                                   THE HONORABLE SAUNDRA B. ARMSTRONG
                                   UNITED STATES DISTRICT COURT